**MIRIAM TAUBER LAW**

885 Park Avenue 2A • New York, NY 10075

MiriamTauberLaw@gmail.com • (323) 790-4881

June 22, 2026

<u>**Via ECF**</u>

 Hon. Nicholas G. Garaufis (U.S.D.J., E.D.N.Y.)

*Calenture, LLC*, et. al., v. *Crisp Momentum Inc.* No. 26-cv-2981

<u>**Proposed Stipulation/Scheduling Order re: Time to Answer Complaint**</u>

Your Honor:

I am one of the Plaintiffs' attorneys in this matter.

I write on behalf of both parties to advise the Court that Plaintiffs have agreed to Defendant's request for an additional 30 days to answer, move, or otherwise respond to the Complaint.

Defendant was served on June 2, 2026, and Defendant's response deadline is currently tomorrow, June 23, 2026. Plaintiffs have agreed to the attached Stipulation and Proposed Order extending the response deadline until July 23, 2026.

This is the first request of any kind for an extension of any deadline by any party in this case.

Respectfully,

*/s/ Miriam Tauber*

Miriam Tauber, *Attorney for Plaintiffs*

**cc (via ECF):**  James A. Hunter, Co-Counsel for Plaintiffs

**cc (via email):** Counsel for Defendant Crisp Momentum, Inc.:
        Asaad K. Siddiqi (Trenk Isabel Siddiqi & Shahdanian P.C.)
        Email to: ASiddiqi@TISSLaw.com