23

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| CALENTURE, LLC,<br>and MARK RUBENSTEIN,<br><br>          Plaintiffs,<br><br>        v.<br><br>CRISP MOMENTUM INC.,<br>*f/k/a*: Open Locker Holdings, Inc.,<br><br>          Defendant. | Case No. 26-cv-2981<br><br>STIPULATION OF EXTENSION OF TIME<br>TO ANSWER, MOVE, OR RESPOND TO COMPLAINT |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned

attorneys for the parties that the time for Defendant Crisp Momentum, Inc. to answer, move or

otherwise respond to the Complaint is hereby extended up to and including July 23, 2026.

There has been no previous request for extension of time in connection with this

matter.

Dated: June 22, 2026

_____
Miriam Tauber
Miriam Tauber Law PLLC
885 Park Avenue 2A
New York NY 10075
(323) 790-4881 | MiriamTauberLaw@gmail.com

James A. Hunter
Law Office of James A. Hunter
42 Stagecoach Rd.
Pipersville PA 18947
(484) 437-5935 | Hunter@HunterKmiec.com
*Attorneys for Plaintiffs*

_____
Asaad K. Siddiqi
Trenk Isabel Siddiqi & Shahdanian P.C.
Court Plaza S. | W. Wing | 21 Main S. | Suite 251
Hackensack NJ 07601
(973) 533-1000 | ASiddiqi@TISSLaw.com
*Attorneys for Defendant Crisp Momentum, Inc.*

SO ORDERED:

_____
s/Nicholas G. Garaufis, USDJ

6/23/26

1