290 West Mount Pleasant Avenue
Suite 2370
Livingston, NJ 07039

TRENK ISABEL SIDDIQI & SHAHDANIAN P.C.

Court Plaza South, West Wing
21 Main Street, Suite 251
Hackensack, NJ 07601

P: 973.533.1000 | F: 973.533.1111 | tisslaw.com

**Asaad K. Siddiqi, Esq.**
asiddiqi@tisslaw.com
973.327.0241
Reply to Hackensack office

September 11, 2026

**VIA ECF**

The Honorable Robert M. Levy
United States Magistrate Judge
United States District Court, Eastern District of New York
Brooklyn Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:** ***Calenture, LLC and Mark Rubenstein v. Crisp Momentum Inc.***
**Civil Action No. 1:26-cv-02981 (NGG) (RML)**
**Request for Adjournment of Initial Case Management Conference and Arbitration Deadlines in Light of Settlement**

Dear Judge Levy:

On behalf of Defendant Crisp Momentum Inc., f/k/a Open Locker Holdings, Inc. ("Defendant"), and jointly with the consent of counsel for Plaintiffs Calenture, LLC and Mark Rubenstein ("Plaintiffs") (collectively with Defendant, the "Parties"), we write to advise the Court that the Parties have reached an agreement in principle to settle this matter and to request a thirty (30) day adjournment of the September 16, 2026 initial conference and all other pending deadlines, including the arbitration selection and arbitration hearing deadlines of September 23, 2026, and November 23, 2026, respectively. The Parties request this additional time to finalize and execute the settlement agreement, which will resolve this action in its entirety. This is the first request for an adjournment or extension of these dates.

Pursuant to Your Honor's individual practices, the Parties set forth the following proposed schedule:

(a) The initial conference shall be adjourned by thirty (30) days to **October 16, 2026**;
(b) The arbitration selection deadline shall be adjourned by thirty (30) days to **October 23, 2026**; and
(c) The arbitration hearing shall be adjourned by thirty (30) days to **December 23, 2026**.

The Parties will promptly provide a copy of any order entered on this request to the Clerk's ADR administrator so that the arbitration calendar may be conformed.

We thank the Court for its consideration of this request. Counsel for the Parties are available to address any questions or provide any additional information the Court may require.

Respectfully submitted,

**MIRIAM TAUBER LAW PLLC**

*/s/ Miriam Tauber*
**Miriam Tauber, Esq.**
*Attorneys for Plaintiff*

**TRENK ISABEL SIDDIQI & SHAHDANIAN P.C.**

*/s/ Asaad K. Siddiqi*
**Asaad K. Siddiqi, Esq.**
*Attorneys for Defendants*

**LAW OFFICE OF JAMES A. HUNTER**

*/s/ James A. Hunter*
**James A. Hunter, Esq.**
*Attorneys for Plaintiff*